MINNIE B. GRIFFITH, Respondent, v. GEORGE WOLFF and Another, Appellants.— Judgment modified as to form and as so modified affirmed, with costs to respondent. All concur; Sears, J., not sitting.

MAURICE SIEGEL, Respondent, v. SAMUEL LIEBESKIND, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concur.

GRACE T. CONNOLLY, Respondent, v. LELAND EARNEST and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

HAMMOND C. PIKE, Appellant, v. FREDERICK W. COTTRELL and Others, Respondents.— Judgment reversed on the law in so far as it dismisses the complaint as against Frederick W. Cottrell, as executor, and a new trial granted as to said defendant, with costs to appellant to abide event. In all other respects the judgment is affirmed, with costs to the defendants Frederick W. Cottrell individually and Eva A. Cottrell. Settle order before Clark, J., on two days' notice. All concur.

ROSENBERG BROTHERS & COMPANY, INC., Appellant, v. PHILLIP KAPLAN and Another, Respondents.— Judgment and order affirmed, with costs. All concur; Clark, J., not sitting.

ALVIN C. ERNST and Others, Appellants, v. CARY SAFE COMPANY, Respondent.— Judgment and order reversed on the law and new trial granted, with costs to the appellants to abide event. Held, that the questions whether defendant's president had authority to employ plaintiffs to make an audit of defendant's books and whether such employment was on his own responsibility or in behalf of the defendant and whether defendant after such employment ratified the acts of its president should have been submitted to the jury. All concur.

ELLA L. HUSTED, Respondent, v. TERBELL-CALKINS DRUG COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

EVA GRACE MILSOM, Respondent, v. HENRY W. WENDT and Another, Appellants.— Judgment modified as to form and as modified affirmed, with costs to respondent. All concur.